**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus BACA–HERNANDEZ, Defendant–Appellant.**

No. 09–50546.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 27, 2010.

Steven D. Desalvo, Esquire, Assistant U.S., Dale A. Blankenship, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

**224**

Daniel Casillas, Law Office of Daniel Casillas, San Diego, CA, for Defendant–Appellant.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

Jesus Baca–Hernandez appeals from the 70–month sentence imposed following his guilty-plea conviction for attempted entry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Baca–Hernandez contends that the district court erred by denying his request for a downward departure for cultural assimilation under U.S.S.G. § 5K2.0. He also contends that his sentence is substantively unreasonable. The district court did not procedurally err, and the sentence is substantively reasonable. *See United States v. Dallman*, 533 F.3d 755, 760–61 (9th Cir.2008); *United States v. Carty*, 520 F.3d 984, 992–94 (9th Cir.2008) (en banc).

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.